**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Perez-Godinez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj2156 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| PEDRO PEREZ-GODINEZ, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in the above-captioned.

Respectfully submitted,

Dated: July 18, 2008

 *s/ Bridget Kennedy*
Federal Defenders of San Diego, Inc.
*bridget_kennedy@fd.org*

1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5

6  Attorneys for Mr. Perez-Godinez

7

8                      UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )     Case No. 08mj2156
                                      )
12            Plaintiff,              )
                                      )
13 v.                                 )     PROOF OF SERVICE
                                      )
14 **PEDRO PEREZ-GODINEZ,**           )
                                      )
15            Defendant.              )
   _____   )

16

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20          **United States Attorney**
            efile.dkt.gc1@usdoj.gov

21

22 Dated: July 18, 2008                      _s/ Bridget L. Kennedy_____
                                             **BRIDGET L. KENNEDY**
23                                           Federal Defenders of San Diego, Inc.,
                                             225 Broadway, Suite 900
24                                           San Diego, CA 92101-5030
                                             (619) 234-8467  (tel)
25                                           (619) 687-2666  (fax)
                                             e-mail:bridget_kennedy@fd.org
26

27

28