| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | Rebecca Kanter |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 230257 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6747 / Fax: (619) 235-2757 |
| | Email: Rebecca .Kanter@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,           )   Criminal Case No. 08cr2582-JAH
                                         )
12                  Plaintiff,           )
                                         )   NOTICE OF APPEARANCE
13         v.                            )
                                         )
14   PEDRO PEREZ-GODINEZ                 )
                                         )
15                  Defendant.           )
                                         )

16

17   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19   I certify that I am admitted to practice in this court or authorized to practice under CivLR

20   83.3.c.3-4.

21   The following government attorneys (who are admitted to practice in this court or authorized

22   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23   counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

24   activity in this case:

25       <u>Name</u> (If none, enter "None" below)

26       None.

27   //

28   //

1 | Effective this date, the following attorneys are no longer associated with this case and should
2 | not receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):
5 | Name (If none, enter "None" below)
6 | None.
7 | Please call me if you have any questions about this notice.
8 | DATED: August 29, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Rebecca S. Kanter*
REBECCA S. KANTER
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Rebecca.Kanter@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PEDRO PEREZ-GODINEZ,<br><br>　　　　　　Defendant. | Criminal Case No. 08cr2582-JAH<br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

　　I, REBECCA S. KANTER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　1. Bridget Kennedy

　　I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

　　N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

　　I declare under penalty of perjury that the foregoing is true and correct.

　　Executed on August 29, 2008　　　　　　　/s/ *Rebecca S. Kanter*
　　　　　　　　　　　　　　　　　　　　　　　　REBECCA S. KANTER
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney